**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60324-EA**

**Jorge Molina Contreras,**

Petitioner,

v.

**Kristi Noem,**
**Pam Bondi,**
**Warden Broward Transitional Center,**

Respondents.

_____ /

## ORDER CLOSING CASE

This cause comes before the Court on the parties' stipulation of dismissal without prejudice

[ECF No. 11]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all pending deadlines are

   **TERMINATED**.

   **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of June
2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Rolando Grillo**
3540 Forrest Hill blvd, Ste 209
West Palm Beach, FL 33406

5612472391
Email: Rolando@grilloesq.com

**Zakarij Neil Laux**
DOJ-USAO
US Attorney's Office
99 NE 4th Street
Miami, FL 33132
305-961-9053
Email: zakarij.laux@usdoj.gov

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

2